# In the United States Court of Federal Claims

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**J. HERB GILBO and JUDITH D. GILBO,**

        Plaintiffs,

    v.

**UNITED STATES,**

        Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Nos. 04-1459L; 04-14591L
Filed: June 29, 2018

## O R D E R

The court is in receipt of the stipulation to voluntarily dismiss the claims of the above captioned plaintiffs in the case of <u>Donna Marie Raab Martinez v. United States</u>, Case No. 04-1459L. The claims associated with the above-captioned plaintiffs, are, hereby, **SEVERED** from the case of <u>Donna Marie Raab Martinez v. United States</u>, Case No. 04-1459L and shall be reorganized, for case management purposes, into the above-captioned case, <u>J. Herb Gilbo and Judith D. Gilbo v. United States</u>, and assigned Case No. 04-14591L. The court **DISMISSES**, with prejudice, the claims of the J. Herb Gilbo and Judith D. Gilbo. The Clerk's Office shall enter **JUDGMENT** consistent with this Order, pursuant to Rule 41 of the Rules of the United States Court of Federal Claims. As the Order disposes of all properties of the named plaintiffs, Case No. 04-14591L shall be **CLOSED**. Neither the dismissal of the claims of the plaintiffs herein nor the entry of judgment by the Clerk's Office shall affect this court's jurisdiction over the remaining plaintiff in the case of <u>Donna Marie Raab Martinez v. United States</u>, Case No. 04-1467L.

    **IT IS SO ORDERED**.

                                        s/Marian Blank Horn
                                      **MARIAN BLANK HORN**
                                          **Judge**